■ JACK REZNICKI, Respondent, v STRATHALLAN HOTEL, INC., Respondent, and TED HOSMER ENTERPRISES, INC., Appellant, et al., Defendants. [786 NYS2d 139]—

Order, Supreme Court, New York County (Marilyn Shafer, J.), entered January 13, 2004, which, in an action for personal injuries allegedly sustained when plaintiff slipped on ice or hard-packed snow in defendant hotel's parking lot, insofar as appealed from as limited by the briefs, denied defendant-appellant snow removal contractor's motion for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

An issue of fact as to whether appellant's snow removal operations earlier on the day of the accident created or exacerbated a dangerous ice or hard-packed snow condition is raised by evidence that the snow was fresh when plowed and that ice or hard-packed snow covered a large portion of the parking lot at the time of plaintiff's accident (cf. *Espinal v Melville Snow Contrs.*, 98 NY2d 136, 142-143 [2002]; see *Genen v Metro-North Commuter R.R.*, 261 AD2d 211, 214-215 [1999]; *Figueroa v Lazarus Burman Assoc.*, 269 AD2d 215 [2000]; *Ramirez v BRI Realty*, 2 AD3d 369 [2003]). Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Lerner, JJ.